# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 23 WAL 2015
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
HERBERT  RANSON, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.